DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RASHAD JAMEL TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2022

_____

December 17, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Rashad Jamel Taylor, pro se.

PER CURIAM.

Affirmed.

VILLANTI, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.